UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| BYRON MARTIN,<br>       Plaintiff | :<br>: |
| v. | :    File No. 1:05-CV-74 |
| ORLEANS COUNTY, VERMONT;<br>VERMONT STATE TROOPERS;<br>LARRY SMITH; SEAN SELBY;<br>CHARBONNEAU; ROBERTS;<br>EDWARD LEDO; and COLIN SEAMAN,<br>       Defendants | :<br>:<br>:<br>:<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed April 7, 2005 (Paper 3).  After <u>de novo</u> review and absent timely objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  <u>See</u> 28 U.S.C. § 636(b)(1).  Plaintiff's complaint is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

It is further certified that any appeal taken <u>in forma pauperis</u> from this Order would not be taken in good faith because such an appeal would be frivolous.  <u>See</u> 28 U.S.C. § 1915(a).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 2nd day of May, 2005.

                                                       /s/ J. Garvan Murtha
                                                     J. Garvan Murtha
                                                     United States District Judge